## 74224. JONES v. THE STATE.
(367 SE2d 886)

McMURRAY, Presiding Judge.

The Supreme Court, in *Jones v. State*, 257 Ga. 753 (363 SE2d 529), having reversed the decision of this court in *Jones v. State*, 184 Ga. App. 37 (360 SE2d 622), the prior judgment of this court is vacated, and, in accordance with the decision of the Supreme Court, the judgment of the trial court is reversed.

*Judgment reversed. Birdsong, C. J., Deen, P. J., Banke, P. J., Carley, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED MARCH 3, 1988.

*Philip L. Ruppert*, for appellant.
*Johnnie L. Caldwell, Jr., District Attorney, J. David Fowler, Assistant District Attorney*, for appellee.